**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR
## THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT BARGAR and ELINOR NELSON, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AMAZON.COM, INC. d/b/a AMAZON,**<br>　　　**Defendant.** | **Case No.: 8:22-cv-01555**<br><br>**CLASS ACTION COMPLAINT FOR DAMAGES FOR VIOLATIONS OF:**<br><br>1) **CALIFORNIA CONSUMER LEGAL REMEDIES ACT ("CLRA"), CAL. CIV. CODE §§ 1750, *ET SEQ.*;**<br><br>2) **CALIFORNIA'S UNFAIR COMPETITION LAW ("UCL"), CAL. BUS. & PROF. CODE §§ 17200, *ET SEQ.*;**<br><br>3) **BREACH OF CONTRACT;**<br><br>4) **UNJUST ENRICHMENT.**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Robert Bargar ("Bargar") and Elinor Nelson ("Nelson") (together the "Plaintiffs") bring this complaint, by and through their attorneys and on behalf of all others similarly situated, against Defendant Amazon.com, Inc. d/b/a Amazon ("Amazon" or "Defendant") and allege upon information and belief as follows:

## INTRODUCTION

1.  In August 2020, Amazon debuted its first Amazon Fresh grocery store in Bellevue, Washington.[1]

2.  Amazon Fresh is an online and physical grocery store wherein Amazon claims to offer low prices on everyday favorites, plus free same-day delivery and pickup in select locations for Prime members.[2]

3.  As of approximately July 2022, Amazon has Amazon Fresh grocery stores located in California, Illinois, Maryland, New York, Washington, Pennsylvania, Virginia and Washington, D.C.[3]

4.  Upon information and belief, Amazon plans to open more Amazon Fresh Markets in California, Connecticut, New Jersey, and Pennsylvania. Also, an Amazon Fresh spokeswoman has noted that the chain is growing.[4]

5.  On its website, Amazon states that shoppers "earn 5% back at Amazon Fresh when you use your Amazon Prime Rewards Visa Signature Card ["Card"] with an eligible Prime membership."[5]

6.  In another section of its website entitled: "How can Amazon Fresh help me save money?", Amazon expressly states: "Find weekly deals, free products, and

---

[1] https://www.winsightgrocerybusiness.com/amazon/inside-newest-amazon-fresh-store#:~:text=Amazon%20Fresh%20debuted%20in%20August,Connecticut%2C%20New%20Jersey%20and%20Pennsylvania. (last visited August _ 2022).
[2] https://www.amazon.com/fmc/m/30003175?almBrandId=QW1hem9uIEZyZXNo
[3] https://www.winsightgrocerybusiness.com/amazon/inside-newest-amazon-fresh-store#:~:text=Amazon%20Fresh%20debuted%20in%20August,Connecticut%2C%20New%20Jersey%20and%20Pennsylvania. (last visited August _ 2022).
[4] *Id.*
[5] https://www.amazon.com/fmc/m/30003175?almBrandId=QW1hem9uIEZyZXNo

more with In-Store Mode in the Amazon app. Plus, you can earn 5% back at Amazon Fresh when you use your Amazon Prime Rewards Visa Signature Card or Amazon Prime Store Card at checkout." *See* **Exhibit A**.

7.     Similarly, Amazon advertises in flyers that Card holders can earn 5% back at Amazon Fresh. *See* **Exhibit B**.

8.     As Plaintiffs learned, however, these claims by Amazon are false, as Card holders in reality receive only 1% back at Amazon Fresh when they use their Card.

9.     Amazon dupes Card holders into shopping at Amazon Fresh stores and applying for the Card by falsely advertising that such Card holders would receive 5% back on purchases when using their Cards at such stores, even though Card holders receive only 1% back on the purchases.

10.    Through its deceptive practices, Amazon is failing to pay consumers thousands if not millions of dollars to which the Card holders are entitled. Plaintiffs seek to stop these deceptive practices, especially when Amazon is opening more Amazon Fresh stores throughout the United States.

11.    Unless otherwise indicated, the use of Defendant's names in this Complaint include all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers of the Defendant, respectively.

**JURISDICTION AND VENUE**

12.    The Court has jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d) because: (i) there is minimal diversity; (ii) Defendant is not a government entity against whom the District Court may be foreclosed from ordering relief; (iii) there are more than one hundred (100) people in the putative class; and (iv) the amount in controversy exceeds $5,000,000, exclusive of interest and costs.

13.    Venue is proper pursuant to 28 U.S.C. § 1391(b) because: (1) Defendant transacts business within this judicial district and because Plaintiffs were, and are, residents of Laguna Niguel, California, at all times relevant to these claims such that

a substantial part of the events giving rise to Plaintiffs' causes of action against Defendant arise in this judicial district; and (2) Defendant's contacts with this District are sufficient to subject them to personal jurisdiction within this judicial district.

**PARTIES**

14. Plaintiff Bargar is, and at all times mentioned herein a natural person, individual citizen and resident of County of Orange, California, in this judicial district.

15. Plaintiff Nelson is, and at all times mentioned herein a natural person, individual citizen and resident of County of Orange, California, in this judicial district.

16. Upon information and belief, Amazon is a foreign corporation organized under the laws of Delaware with its principal place of business in Seattle, Washington.

**PLAINTIFFS' FACTUAL ALLEGATIONS**

17. As longtime Card holders and Amazon Prime customers, Plaintiffs were thrilled to learn that they could receive 5% cashback on purchases made at the newly opened Amazon Fresh stores.

18. Plaintiffs first became aware of their ability to receive 5% cashback at Amazon Fresh stores when they received a flyer in the mail advertising Amazon Fresh in or about April 2022. As part of this flyer, Defendant advertises in bold letters, "Earn 5% back at Amazon Fresh" and "Start earning with the Amazon Prime Rewards Visa Signature Card and an eligible Prime membership."[6]

19. Relying on Defendant's flyer, Plaintiffs traveled to the Amazon Fresh store located in Mission Viejo, California ("Store") on or about April 28, 2022, and May 16, 2022, where Plaintiffs made certain purchases at the Store using a Card in Elinor

---

[6] Defendant continues to send out flyers advertising 5% back at Amazon Fresh stores. Such flyers are also available at Amazon Fresh store locations.

Nelson's name (account number ending in 5015).

20.    On or about May 19, 2022, the Plaintiffs received a billing statement that included, *inter alia*, the transactions made at the Store.

21.    Upon reviewing the billing statement, however, Plaintiffs realized that they only received 1% back for the purchases made at the Store in April 2022.

22.    Particularly, Plaintiffs' purchases at the Store using the Card on April 28, 2022, and May 16, 2022, totaled $65.75, and Plaintiffs received only 66 points, which represented only 1% back, for those Amazon Fresh store purchases.

23.    Because the advertisements expressly indicated Plaintiffs would receive 5% back instead of 1% back, Plaintiff Bargar called the customer service phone number on the statement, *i.e.* (888) 247-4080, and explained the issue to the customer service representative.  The representative seemed to understand and acknowledged the error. Then, the representative agreed to adjust the percentage back for the transactions and the conversation ended.

24.    On or about May 29, 2022, Plaintiffs received a letter regarding the issue ("May Letter").  A copy of the May Letter is annexed hereto as **Exhibit C.**

25.    The May Letter indicated in part: "Thank you for contacting us about your Amazon Prime Rewards Visa Signature credit card account.  We researched the transaction made at AMAZONSTORES on the May 19, 2022, billing statement. We have documented feedback and have added a total of 197 points and you should see this adjustment on your next billing statement[7]." *See id.*

26.    After receiving this acknowledgment of the error, Plaintiffs shopped again at the Store using the Card on May 24, 2022 (making purchases totaling approximately $40.15) and May 30, 2022 (making purchases totaling approximately $40.59).[8]

---

[7] Upon information and belief, Amazon uses a convoluted point system rather than just dollars to track the rebates of customers.  Plaintiff maintains that this makes it even more confusing for the consumer.

[8] Plaintiffs were originally charged $69.75 on May 30, 2022, but were credited $29.16 on their Amazon Fresh purchases that day.

27.     On or about June 19, 2022, Plaintiffs received the next billing statement for the Card. On this statement, Plaintiffs observed that there was a "courtesy adjustment" that added a credit of 197 points to Plaintiffs' account. Plaintiffs further observed that they were credited with 5% on $25 worth of purchases made online at amazon.com.

28.     The 197 point adjustment on the June 19, 2022, billing statement represents less than 3% back on Plaintiffs' Amazon Fresh store purchases from April 28, 2022, and May 16, 2022, when Plaintiffs were supposed to receive a credit of approximately 264 points, representing 4% back on those purchases.

29.     Furthermore, and to Plaintiffs' surprise, the Amazon Fresh store purchases made at the Store on May 24, 2022, and May 30, 2022, using the Card resulted in 1% back rather than 5%.

30.     Once again, Bargar was forced to call the customer service number on the bottom of the statement.

31.     Bargar explained the issue to a different representative and pointed out that the statement also reflected the courtesy adjustment for the error from the previous statement.   Like the prior representative, this representative also seemed to comprehend the error and indicated it would be addressed on the subsequent statement.  However, Plaintiffs never received this adjustment.

32.     Instead, on or about July 4, 2022, Plaintiff Nelson received a letter from Amazon that explained there was no error and that Amazon Fresh in-store purchases are entitled to only a 1% rebate. A copy of this letter is annexed hereto as **Exhibit D**.

33.     Specifically, the letter indicated: "Thank you for your recent inquiry about your Amazon Prime Rewards Visa Signature credit card account.  With this rewards program, you earn 5% back for each $1 of eligible purchases made using your card account at Amazon.com and any Whole Foods site. The charges from AMAZONSTORES are made at a store and not via an Amazon website, and hence

do not qualify for the additional reward points. We are unable to make any adjustments on the account." *See id.*

34. Plaintiffs were shocked, as this directly contradicted Amazon's advertisements and its own website.

35. Bargar immediately called the phone number offered in the letter, *i.e.* (800) 436-7937. After working through the prompts, Bargar reached an individual and explained the issue. The representative asked Bargar to hold.

36. When the representative came to the phone, the representative explained that the letter was correct. Specifically, the representative claimed that in-store purchases made at Amazon Fresh using the Card are entitled to only 1% back.

37. During that call, Bargar pointed out that he had already received a "courtesy adjustment" to correct the earlier month's error. Then, Bargar asked the representative if there was an email address to which he could forward a copy of the screen shot from the Amazon website, which clearly indicates that he would earn 5% back for those purchases. *See* **Exhibits A** and **B**.

38. In response, the representative firmly stated that Plaintiffs would only receive 1% back under the purported terms of service of the Card.

39. Bargar then requested to speak with a supervisor. After placing Bargar on hold, the representative transferred Bargar to a supervisor. Unfortunately, Bargar received the same response from the supervisor.

40. The supervisor then suggested that Plaintiffs contact Amazon since the Card issuer purportedly did nothing wrong. Moreover, the supervisor stated that Plaintiffs would receive no further adjustments or credit on their bill.

41. Although Plaintiffs were upset that Amazon was making false statements to its customers, Plaintiffs were undeterred by Bargar's unpleasant phone conversation.

42. Specifically, Bargar searched the Amazon website to find a customer service number and instead found that one could request a call from Amazon, which he did.

43.	Upon receipt of the call, Bargar explained the issue to the representative.  The representative agreed that the Amazon Fresh store purchases charged to the Card should yield a 5% rebate. The Amazon representative suggested that Plaintiffs call the Card issuer.

44.	Bargar explained that he and Nelson had already done that several times and that, just before speaking with the Amazon representative, he had been told by two of the Card issuer's representatives that he is only entitled to 1% back when using his Card at an Amazon Fresh store.

45.	Frustrated, Bargar asked the representative how it might be possible for this apparent disconnect between the Card issuer and Amazon to be resolved.  The representative replied that there was no one in his department who could address this issue. The Amazon representative then asked Bargar to provide his email address and said that Amazon would follow up with Bargar via email on how to proceed.

46.	Thereafter, Bargar received two emails from Amazon.  One was a survey asking how satisfied Bargar was with the call and the other provided a link to online customer service.  These links did not address the failure of Amazon to abide by the terms of its advertising and website.

47.	To date, Plaintiffs have not received an adjustment from 1% to 5% for the Amazon Store purchases that appeared on the billing statement received on or about June 19, 2022, nor have Plaintiffs received a full adjustment for the Amazon Fresh store purchases that appeared on the previous statement, which was received on or about May 19, 2022.

48.	As such, Amazon continues to reap substantial unjustified profits at the expense of its Card holders.  While claiming in its plethora of advertisements that use of the Card will result in 5% back on purchases at Amazon Fresh stores, Amazon refuses to honor its promises and simply keeps the remaining 4% at the expense of consumers.

49. Plaintiffs bring this action to stop such deceptive and unfair practices.

**CLASS ALLEGATIONS**

50. Plaintiffs bring this action on behalf of themselves and on behalf of all other persons similarly situated. Plaintiffs are members of and seek to represent a nationwide Class, pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3) defined as:

> All Card holders within the United States that shopped at an Amazon Fresh Store using their Card(s) since 2020 who did not receive 5% back on one or more purchases.

51. Additionally, Plaintiffs are members of and seeks to represent a California Sub-Class, pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3), defined as:

> All Card holders within California that shopped at an Amazon Fresh Store using their Card(s) since 2020 who did not receive 5% back on one or more purchases.

52. Excluded from the Class and Sub-Class are Defendant's officers, directors, and employees; any entity in which Defendant has a controlling interest; and the affiliates, legal representatives, attorneys, successors, heirs, and assigns of Defendant. Further excluded from the Class and Sub-Class are members of the judiciary to whom this case is assigned, their families, and members of their staff.

53. Plaintiffs reserve the right to modify the proposed class definitions, including but not limited to expanding the class to protect additional individuals and to assert additional sub-classes as warranted by additional investigation.

54. <u>Numerosity</u>: The members of the Class and Sub-Class are so numerous that joinder of all of them is impracticable. While the exact number of Class Members is unknown to Plaintiffs at this time, based on information and belief, the Class and Sub-Class consists of thousands of individuals nationwide and also within California.

55.   Commonality: There are questions of law and fact common to the Class and Sub-Class, which predominate over any questions affecting only individual Class Members. These common questions of law and fact include, without limitation:

a.      The nature, scope, and operations of the wrongful practices of Defendant;

b.      Whether Defendant negligently or intentionally misrepresented and/or omitted the fact that Plaintiffs, Class and Sub-Class Members would not actually receive 5% back on their Amazon Fresh purchases;

c.      Whether Defendant knew or should have known that its business practices were unfair, fraudulent, and/or unlawful;

d.      Whether Defendant breached its contract with Plaintiffs, the Class and Sub-Class Members by failing to provide 5% back on eligible purchases;

e.      Whether Plaintiffs, Class and Sub-Class Members were deceived into shopping at Amazon Fresh stores based on Defendant's promise that they would receive 5% back on their purchases;

f.      Whether Plaintiffs, Class and Sub-Class Members were provided with a 4% rebate on their purchases at Amazon Fresh stores;

g.      Whether the conduct of Defendant violated the CLRA;

h.      Whether the conduct of Defendant was "unlawful" as that term is defined in the UCL;

i.      Whether the conduct of Defendant was "unfair" as that term is defined in the UCL;

j.      Whether Defendant was unjustly enriched by its failure to provide Plaintiffs and Class members with 5% back on their purchases;

k.      Whether Plaintiffs and Class members suffered monetary damages as a result of Defendant's conduct and, if so, the appropriate amount of damages; and

1      l.      Whether Plaintiffs, Class and Sub-Class Members are entitled to

2      injunctive relief, including public injunctive relief.

3  56.   <u>Typicality</u>: Plaintiffs' claims are typical of those of the Class and Sub-Class.

4  Plaintiffs and all members of the Classes have been injured by the same wrongful

5  practices of Defendant. Plaintiffs' claims arise from the same course of conduct that

6  gave rise to the claims of the Classes and are based on the same legal theories.

7  57.   <u>Adequacy of Representation</u>: Plaintiffs will fairly and adequately represent

8  and protect the interests of Class and Sub-Class Members. Plaintiffs' Counsel are

9  competent and experienced in litigating consumer class actions. Plaintiffs have

10  retained counsel experienced in consumer protection law, including complex class

11  action litigation. Plaintiffs have no adverse or antagonistic interests to those of the

12  Classes and will fairly and adequately protect the interests of the Classes. Plaintiffs'

13  attorneys are aware of no interests adverse or antagonistic to those of Plaintiffs and

14  the proposed Classes.

15  58.   <u>Predominance</u>: Defendant has engaged in a common course of conduct

16  toward Plaintiffs, Class Members, and Sub-Class Members, in that Plaintiffs', Class

17  and Sub-Class Members were induced to shop at Amazon Fresh stores as opposed

18  to other grocery stores because Defendant misrepresented that Card holders would

19  receive 5% back on all purchases at said Amazon Fresh stores. The common issues

20  arising from Defendant's conduct affecting Class and Sub-Class Members set out

21  above predominate over any individual issues. Adjudication of these common

22  issues in a single action has important and desirable advantages of judicial

23  economy.

24  59.   <u>Superiority</u>: A class action is superior to other available methods for the fair

25  and efficient adjudication of the controversy. Class treatment of common questions

26  of law and fact is superior to multiple individual actions or piecemeal litigation.

27  Absent a Class action, most Class and Sub-Class Members would likely find that

28  the cost of litigating their individual claims is prohibitively high and would

therefore have no effective remedy. The prosecution of separate actions by individual Class and Sub-Class Members would create a risk of inconsistent or varying adjudications with respect to individual Class and Sub-Class Members, which would establish incompatible standards of conduct for Defendant. In contrast, the conduct of this action as a Class action presents far fewer management difficulties, conserves judicial resources and the parties' resources, and protects the rights of each Class Member.

60. Defendant has acted on grounds that apply generally to the Class and Sub-Class, so that class certification is appropriate.

61. <u>Notice</u>: Plaintiffs anticipate providing direct notice to the Class and Sub-Class for purposes of class certification, via U.S. Mail and/or email, based upon Defendant's and/or Defendant's agents' records.

**FIRST CAUSE OF ACTION**

**Violations of the Consumer Legal Remedies Act ("CLRA")**

**(Cal. Civ. Code § 1750, *et seq.*)**

**(On Behalf of Plaintiffs and the Sub-Class)**

62. Plaintiffs reallege and incorporate herein by reference the allegations contained in all preceding paragraphs, and further allege as follows:

63. Plaintiffs bring this claim individually and on behalf of the members of the proposed California Sub-Class against Defendant.

64. The CLRA prohibits "unfair methods of competition and unfair or deceptive acts or practices . . . undertaken by any person in a transaction intended to result or that results in the sale or lease of goods or services to any consumer . . .." Cal. Civ. Code § 1770(a).

65. Defendant is a "[p]erson," as that term is defined in Cal. Civ. Code § 1761(c), because it is a "corporation" or "other group, however organized."

66. Plaintiffs and putative Sub-Class Members are all "[c]onsumer[s]," as that term is defined in Cal. Civ. Code § 1761(d), because they are "individual[s] who

seek[] or acquire[], by purchase or lease, any goods or services for personal, family, or household purposes."

67. Defendant offered "[s]ervices," as that term is defined by Cal. Civ. Code § 1761(b), because it offered "services for other than a commercial or business use, including services furnished in connection with the sale . . . of goods" when it offered Plaintiffs and Sub-Class members 5% back on all purchases made at its Amazon Fresh Stores.

68. Plaintiffs and Sub-Class Members engaged in "[t]ransactions" with Defendant, as that term is defined in Cal. Civ. Code § 1761(e), because there was "an agreement between [Plaintiffs and Sub-Class Members] and [Defendant]," whereby Defendant agreed to provide Plaintiffs and Sub-Class Members with 5% back on purchases at Amazon Fresh Stores.

69. Defendant violated the CLRA, as it relates to Plaintiffs and Sub-Class Members by (i) representing that its services had characteristics, uses, benefits, and/or quantities that they do not have, Cal. Civ. Code § 1770(a)(5); (ii) advertising services with the intent not to sell them as advertised, Cal. Civ. Code § 1770(a)(9); and (iii) representing that a transaction confers or involves rights, remedies, or obligations that it does not have or involve, Cal. Civ. Code § 1770(a)(14).

70. Particularly, Defendant represented that all Card holders would receive 5% back on all purchases made at Amazon Fresh stores when, in fact, Plaintiffs and Sub-Class Members received 1% back from Defendant.

71. Plaintiffs and Sub-Class Members all relied on Defendant's representation that they would receive 5% back on all Amazon Fresh purchases when they made purchases at Amazon Fresh stores instead of other grocery stores.

72. Upon information and belief, Defendant disseminated several advertisements on its website, radio, television, and print media misrepresenting to Plaintiffs and Sub-Class Members that they would receive 5% back on Amazon Fresh purchases even though Defendant affords only 1% back on such purchases.

73.     Upon information and belief, Defendant never intended to provide Plaintiffs Sub-Class Members with 5% back on all Amazon Fresh purchases, and Defendant violated the CLRA with the awareness of the fact that the conduct alleged was wrongful under California law, and Defendant was motivated solely by its own self-interest, monetary gain, and increased profits.

74.     Defendant knew, or reasonably should have known, that harm was likely to result to Plaintiffs and Sub-Class. Defendant engaged in such unfair and deceptive conduct notwithstanding such knowledge.

75.     Plaintiffs and Sub-Class members all suffered actual monetary harm as a direct and proximate result of Defendant's CLRA violations, as they received 4% less on each of their Amazon Fresh purchases than what Defendant had promised they would receive.

76.     Pursuant to Cal. Civ. Code § 1782(a), on or about August 22, 2022, Plaintiffs' counsel notified Defendant in writing particular violations of § 1770 of the CLRA and demanded that it rectify the problems associated with the actions detailed above and give notice to all affected consumers of Defendant's intent to act. Should Defendant fail, within 30 days of receipt of Plaintiffs' demand, to provide Plaintiffs and Sub-Class Members with an appropriate correction, repair, replacement, or other remedy, Plaintiffs intend to amend this complaint to allege damages and attorneys' fees and costs.  At present, under the CLRA, this complaint seeks injunctive relief only.

77.     Plaintiffs and Sub-Class Members are entitled to injunctive relief, including public injunctive relief prohibiting such conduct in the future.

78.     Attached hereto as **Exhibit E** is a sworn declaration from Plaintiff Bargar pursuant to California Civil Code § 1780(d).

79.     Attached hereto as **Exhibit F** is a sworn declaration from Plaintiff Nelson pursuant to California Civil Code § 1780(d).

## SECOND CAUSE OF ACTION
## CALIFORNIA'S UNFAIR COMPETITION LAW ("UCL"),
## CAL. BUS. & PROF. CODE §§ 17200, *ET SEQ.*
### (On Behalf of Plaintiffs and the Sub-Class)

80. Plaintiffs reallege and incorporate herein by reference the allegations contained in all preceding paragraphs, and further allege as follows:

81. The UCL defines "unfair business competition" to include any "unlawful, unfair, or fraudulent" act or practice, as well as any "unfair, deceptive, untrue or misleading" advertising. Cal. Bus. & Prof. Code § 17200.

82. The UCL imposes strict liability. Plaintiffs need not prove that Defendant intentionally or negligently engaged in unlawful, unfair, or fraudulent business practices—but only that such practices occurred.

### *"Unfair" Prong*

83. A business practice is "unfair" under the UCL if it offends an established public policy or is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers, and that unfairness is determined by weighing the reasons, justifications and motives of the practices against the gravity of the harm to the alleged victims.

84. Defendant's actions constitute "unfair" business practices because, as alleged above, Defendant engaged in a misleading and deceptive practice of intentionally misrepresenting and/or omitting the fact from consumers that they would receive less back on their Amazon Fresh purchases than what Defendant has advertised.

85. This is done to trick Card holders into shopping at Amazon Fresh stores instead of other grocery stores, thus allowing Defendant to increase its profits at the expense of Card holders.

86. Through their practices, Amazon retains tens of thousands if not millions of dollars which should have, in all fairness, been permanently credited to Plaintiffs and the California Sub-Class Members.

87.    Defendant's acts and practices offend an established public policy of transparency when it comes to advertising goods and services, and are immoral, unethical, oppressive, and unscrupulous activities that are substantially injurious to consumers.

88.    The harm to Plaintiffs and Class Members grossly outweighs the utility of Defendant's practices.  Indeed, Plaintiffs allege that there is no utility of Amazon's conduct that justifies the practices alleged with specificity herein.

### *"Fraudulent" Prong*

89.    A business act or practice is "fraudulent" under the UCL if it is likely to deceive members of the consuming general public.

90.    Defendant's acts and practices alleged above constitute fraudulent business acts or practices as they deceived Plaintiffs and Sub-Class Members and are highly likely to deceive members of the consuming public.

91.    In not receiving a forthright disclosure from Defendant about the percentage Card holders would receive on their purchases at Amazon Fresh stores, Plaintiffs and Sub-Class Members can only draw one reasonable conclusion—that they would receive 5% back on their Amazon Fresh purchases—contrary and more than what they actually received on their billing statements for said purposes.

### *"Unlawful" Prong*

92.    A business act or practice is "unlawful" under the UCL if it violates any other law or regulation.

93.    Defendant's acts and practices alleged above constitute unlawful business acts or practices as they have violated the plain language of the CLRA, as described in Plaintiffs' First Cause of Action.

94.    The violation of any law constitutes as "unlawful" business practice under the UCL.

95.    These acts and practices alleged were intended to or did result in violations of the CLRA.

96. Defendant's practices, as set forth above, have misled Plaintiffs, Sub-Class Members, and the public in the past and will continue to mislead them in the future. Consequently, the practices of Defendant constitute unfair and unlawful business practices within the meaning of the UCL.

97. Pursuant to the UCL, Plaintiffs and the Class are entitled to preliminary and permanent injunctive relief and order Amazon to cease this unfair and unlawful competition, as well as disgorgement and restitution to Plaintiffs and the Class of all the revenues associated with this unfair and unlawful competition, or such portion of said revenues as the Court may find applicable.

## THIRD CAUSE OF ACTION

### Breach of Contract

### (On Behalf of Plaintiffs, the Class and the Sub-Class

98. Plaintiffs reallege and incorporate herein by reference the allegations contained in all preceding paragraphs.

99. Plaintiffs, Class Members, Sub-Class Members entered a contract with Defendant, whereby Defendant offered them 5% back on all purchases made at Amazon Fresh stores in exchange for Plaintiffs, Class Members and Sub-Class Members shopping and spending money at Defendant's Amazon Fresh stores.

100. Pursuant to the terms of the contract, Plaintiffs, Class Members and Sub-Class Members all shopped at Amazon Fresh stores. Thus, Plaintiffs, Class Members and Sub-Class Members all performed all, or substantially all, of the significant things that the contract required them to do.

101. However, after Plaintiffs, Class Members and Sub-Class Members satisfied their obligations under the contract, Defendant failed to provide Plaintiffs, Class Members and Sub-Class Members 5% back on all their Amazon Fresh purchases.

102. As a direct and proximate result of Defendant's material failure to perform under contract, Plaintiffs, Class Members and Sub-Class Members were all

individually and collectively harmed, as Plaintiffs, Class Members and Sub-Class Members were not afforded the promised total of 5% back on their Amazon Fresh purchases during the Class Period for each qualifying purchase.

103. Therefore, Plaintiffs, Class Members and Sub-Class Members are entitled to actual damages.

**FOURTH CAUSE OF ACTION**

**Unjust Enrichment**

**(On Behalf of Plaintiffs, the Class and the Sub-Class)**

104. Plaintiffs reallege and incorporate herein by reference the allegations contained in all preceding paragraphs, and further allege as follows:

105. Plaintiffs bring this claim individually and on behalf of the members of the proposed Class and California Sub-Class against Defendant, in the alternative to the breach of contract claim.

106. Under California law, the elements of unjust enrichment are receipt of a benefit and unjust retention of the benefit at the expense of another.

107. Plaintiffs, Class Members and Sub-Class Members conferred non-gratuitous benefits upon Defendant by essentially paying 4% more on purchases at Amazon Fresh stores than what Defendant had advertised and continued to advertise.

108. Plaintiffs, Class Members and Sub-Class Members allege that Defendant owes them money for the conduct alleged herein.

109. An undue advantage was taken from Plaintiffs', Class Members' and Sub-Class Members' lack of knowledge of the deception, whereby money was extracted to which Defendant had no legal right. Defendant is therefore indebted to Plaintiffs, Class Members and Sub-Class Members in a sum certain, specifically the extra 4% each of them paid to shop at Amazon Fresh stores.

110. Defendant is therefore indebted to Plaintiffs, Class Members and Sub-Class Members in a sum certain for money had and received by Defendant, which Defendant in equity and good conscience should not retain.

111.   Defendant is therefore liable to Plaintiffs, Class Members and Sub-Class Members in the amount unjustly enriched.

112.   Defendant's retention of any benefit collected directly and indirectly from Plaintiffs, Class Members and Sub-Class Members violates principles of justice, equity, and good conscience. As a result, Defendant has been and continues to be unjustly enriched.

113.   Plaintiffs, Class Members and Sub-Class Members are entitled to recover from Defendant all amounts that Defendant has wrongfully and improperly obtained, and Defendant should be required to disgorge to Plaintiffs, Class Members and Sub-Class Members the benefits it has unjustly obtained.

114.   Defendant accepted or retained such benefits with knowledge that the rights of Plaintiffs, Class Members and Sub-Class Members were being violated for financial gain. Defendant has been unjustly enriched in retaining the revenues and profits from Plaintiffs, Class Members and Sub-Class Members, which retention under these circumstances is unjust and inequitable.

115.   As a direct and proximate result of Defendant's unlawful practices and retention of the monies paid by Plaintiffs, Class Members and Sub-Class Members in excess of what was promised, Plaintiffs, Class Members and Sub-Class Members have all suffered concrete harm and injury, including, but not limited to monetary loss in connection with their payments made to Defendant during a time of record-high inflation.

116.   Defendant's retention of the non-gratuitous benefits on them by Plaintiffs, Class Members and Sub-Class Members would be unjust and inequitable.

117.   Plaintiffs, Class Members and Sub-Class Members are entitled to seek disgorgement and restitution of wrongful profits, revenue, and benefits conferred upon Defendant in a manner established by this Court.

118.    Plaintiffs, Class Members and Sub-Class Members request the Court enter an order awarding them restitution, rescission, and or/damages, and that they are entitled to recover their reasonable attorneys' fees.

119.    Plaintiffs, Class Members and Sub-Class Members therefore also seek pre- and-post judgment interest and attorneys' fees and costs as allowed by statute, including without limitation those recoverable under Cal. Civ. Proc. Code § 1021.5, any common law "private attorney general" equitable doctrine, any "common fund" doctrine, any "substantial benefit" doctrine, and/or any equitable principles of contribution and/or other methods of awarding attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as follows:

- Class certification of this action;
- Appointment of Plaintiffs as Class Representatives;
- Appointment of Plaintiffs' attorneys as Class Counsel;
- An award of actual damages, in an amount to be determined at trial;
- Injunctive and other equitable relief against Defendant as necessary to protect the interests of Plaintiffs and other Class Members, and an order prohibiting Defendant from engaging in unlawful and/or unfair acts described above, including public injunctive relief;
- An order of restitution from Defendant;
- An order declaring Defendant's conduct as unlawful;
- Costs of Suit;
- Pre- and post-judgment interest;
- An award of reasonable attorneys' fees; and
- Any other relief the Court may deem just and proper, including interest.

## DEMAND FOR TRIAL BY JURY

119. Plaintiffs, individually and on behalf of all others similarly situated, hereby demand a jury trial on all claims so triable.

Dated: August 22, 2022                Respectfully submitted,
                                      **KAZEROUNI LAW GROUP, APC**

                                By: _/s/ Abbas Kazerounian___
                                    Abbas Kazerounian, Esq.
                                    *ATTORNEYS FOR PLAINTIFF*

**ADDITIONAL PLAINTIFF'S COUNSEL**
**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

# EXHIBIT A

Hello
**Select your address**          Amazon Fresh ▾

All     Back to School     Off to College     Best Sellers     Amazon Basics     Today's Deals     New Releases

**fresh** ▾     Past Purchases     Repeat Items     Deals     Alexa Lists     Recipes     Food ▾     Beverages ▾     Household ▾



# What is Amazon Fresh?

Amazon Fresh is an online and physical grocery store. We offer low pri
favorites, plus free same-day delivery and pickup in select location
members.

## Get ready to shop

Shop groceries at your convenience with the Amazon app. Link your credit c
started.

Get the Amazon app          Shop groceries online

# Why shop at Amazon Fresh







### Selection

Shop a wide assortment of national and local brands plus high-quality produce, meat, and seafood. Enjoy delicious prepared foods made daily in our kitchen. And explore a range of Amazon brand foods that fit every budget.

### Value

Find consistently low prices on your favorite brands. Get weekly deals delivered to your inbox and earn 5% back at Amazon Fresh when you use your Amazon Prime Rewards Visa Signature Card with an eligible Prime membership.

### Convenie

Enjoy free in
returns of A
time with O
Shopping Li
Skip checko
Dash Cart a
shopping. S
delivery is fr
membership



# What can you expect when shopping at ar store?

There are several ways to shop at your local Amazon Fresh store. Explore th below and get ready to shop your way. No Prime membership requir





  

### Skip the Checkout Line

Amazon Dash Cart makes a quick trip even quicker. Scan the QR code in your Amazon app to sign in and begin shopping. The cart identifies items you put in (and take out). Payment is processed when you exit through the Amazon Dash Cart lane.

### Just Walk Out

No more standing in line and scanning items with Just Walk Out. Scan the QR code in your Amazon app, use Amazon One, or connect your Amazon account or credit card to bypass the checkout line at the start of your shopping journey.

### Tradition

Bring your ours), sho traditional you need with a cas

*Amazon Dash Cart and Just Walk Out are available at select locations. See Amazon Fresh Store Locations below to view stores with these services.*

## Frequently asked questions

**What is the Amazon Fresh store?**

Amazon Fresh is a new grocery store designed from the ground up to offer a seamless grocery shopping experience, whether customers are shopping in store or online. We've taken our decades of operations experience to deliver consistently low prices for all and FREE, same-day delivery for Prime members. Customers will find a wide assortment of national brands and high-quality produce, meat, and seafood; plus, our culinary team offers customers a range of delicious prepared foods made fresh in store, every day. We've also introduced new ways to make grocery shopping more convenient, including Just Walk Out shopping and Amazon Dash Cart, which enable customers to skip the checkout line and new Alexa features to help customers manage their shopping lists and better navigate our aisles.

**What can I buy at an Amazon Fresh store?**

You'll find everything you typically find at a grocery store, with the low

## Amazon
## Location

### California

**Fullerton**
1100 S Harbor
Blvd
Fullerton, CA
92832
Store hours
7 AM - 10 PM
*Dash Cart

**Irvine**
13672
Jamboree Rd
Irvine, CA 9260
Store hours

prices you expect from Amazon, including a wide assortment of national brands; high-quality produce, meat, and seafood; plus, our culinary team offers a range of delicious prepared foods made fresh in store, every day.

### Do I have to be a Prime member to shop at an Amazon Fresh store?

Anyone can shop at Amazon Fresh stores. Customers can use our traditional staffed checkouts and those customers who wish to use Just Walk Out shopping or Amazon Dash Cart will need to have an Amazon account with a linked credit or debit card.

### How can the Amazon Fresh store help me save time?

Amazon Fresh offers Just Walk Out shopping and Amazon Dash Cart, both of which help make a quick shopping trip even quicker by allowing you to skip the checkout line. With Order Ahead you can place your deli, meat, pizza, and seafood order in the Amazon app when you arrive, and shop while it's being prepared. You can ask Alexa, at various locations throughout the store, to help you quickly find items while you shop.

### What is Amazon Dash Cart?

The new Amazon Dash Cart is a smart shopping cart that makes a quick grocery trip even quicker by allowing you to skip the checkout line. Sign in to the cart using a QR code on your Amazon app, place your bags in the cart, shop, and when you're done, exit through the store's Dash Cart lane. The cart uses a combination of computer vision algorithms and sensor fusion to identify items put into the cart. Learn more about Amazon Dash Cart.

### What is Just Walk Out shopping and how do I use it?

Just Walk Out shopping lets you skip the checkout and go (really, just go), without the long lines or waiting around. To skip the checkout with Just Walk Out shopping, you can enter the store three ways: scan the In-Store Code in your Amazon app (open the app, tap 'In-Store Code' at the top of the screen, and scan the QR code), hover your palm using Amazon One, or insert a credit card (Amazon One and credit cards must be linked to a single Amazon account). Once inside the store, you can shop like normal. Anything you take off the shelf is automatically added to your virtual cart and anything you put back on the shelf is removed from your virtual cart. At the end of your trip, simply scan or insert your entry method again to exit. We'll send you your receipt. Learn more about Just Walk Out shopping.

7 AM - 10 PM
*Dash Cart

**Long Beach**
6235 E Spring St
Long Beach, CA 90808

Store hours
7 AM - 10 PM
*Dash Cart

**Ladera Heights**
6855 S La Cienega Blvd
Los Angeles, CA 90045
Store hours
7 AM - 10 PM
*Dash Cart

**North Hollywood**
5101 Lankershim Blvd
North Hollywood, CA 91601
Store hours
7 AM - 10 PM
*Dash Cart

**Northridge**
19340 Rinaldi
Northridge, CA 91326
Store hours
7 AM - 10 PM
*Dash Cart

**Whittier**
15225 Whittier Blvd
Whittier, CA 90603
Store hours
7 AM - 10 PM
*Dash Cart

**What is Order Ahead?**

You can request Order Ahead items from the deli, meat, and seafood counters as well as whole pizzas via the Amazon app when you arrive in store or even on the way there. You can shop while your Order Ahead items are being prepared and then be notified when your items are ready for pickup at the service counter so you don't need to wait in line.

**What is the Alexa experience in Amazon Fresh stores?**

Alexa makes shopping easier and helps you save time while grocery shopping in Amazon Fresh stores. When you need help finding an item or have a quick grocery related question, such as food facts or wine-cheese pairings, simply ask Alexa at any of the blue Alexa kiosks located throughout the store.

**How can Amazon Fresh help me save money?**

We've taken our decades of operations experience to deliver consistently low prices for all and FREE, same-day delivery and pickup for Prime members. When you visit the store, you'll shop low prices across a wide assortment of national brands and high-quality produce, meat, and seafood. Find weekly deals, free products, and more with In-Store Mode in the Amazon app. Plus, you can earn 5% back at Amazon Fresh when you use your Amazon Prime Rewards Visa Signature Card or Amazon Prime Store Card at checkout.

**Can I order Amazon Fresh online?**

Prime members can shop online and receive FREE, same-day delivery and pickup from their local Amazon Fresh store. Shop Amazon Fresh online.

**Can I pick up and return Amazon.com packages at the Amazon Fresh store?**

Yes. You can have your packages sent to an Amazon Fresh store for secure delivery. Returns are hassle free: You don't need a box, label, or tape. *Participating stores only. Not all items eligible to be returned at an Amazon Fresh store. Restrictions apply. See Amazon Fresh store returns for details.*

**Can I use my SNAP EBT card on Amazon Fresh?**

In most states, you'll be able to use your SNAP EBT card to pay for SNAP EBT eligible food items on Amazon Fresh, without a Prime membership. You will also enjoy free delivery when your purchase is above the

**Woodland Hills**
6245 Topanga
Canyon Blvd
Woodland Hills,
CA 91367
Store hours
7 AM - 10 PM
*Dash Cart

**Cerritos**
11340 South S
Cerritos, CA
90703
Store hours
7 AM - 10 PM
*Just Walk Out
shopping

**La Habra**
1610 W Imperi
Hwy
La Habra, CA
90631
Store hours
7 AM - 10 PM
*Just Walk Out
shopping

**Moorpark**
742 Los Angele
Ave
Moorpark, CA
93021
Store hours
7 AM - 10 PM
*Just Walk Out
shopping

**Mission Viejo**
26940 Crown
Valley Pkwy
Mission Viejo,
CA 92691
Store hours
7 AM - 10 PM
*Just Walk Out
shopping

**La Verne**

You will also enjoy free delivery when your purchase is above the minimum order value. To learn more, visit our SNAP EBT FAQ Page.

**Will you accept cash and SNAP benefits at all stores?**

Yes.

**How is Amazon getting groceries to customers during COVID-19?**

As we continue to increase our ability to get groceries to customers and ensure the health and safety of our employees, we'll also continue to find more ways to serve customers like launching new features, adding additional grocery delivery windows across Amazon Fresh, and more. To learn about how we're keeping employees safe while continuing to serve customers, visit our COVID-19 Safety Blog.

**What qualifies for FREE delivery?**

Free grocery delivery is available to Prime members in select regions on Amazon Fresh orders that meet the local free delivery threshold. To check region eligibility, sign into your Amazon account or enter your zip code on this page.

**Can I get a single delivery from Amazon Fresh and Whole Foods Market on Amazon?**

No. If you have access to multiple stores in your area, your order from Amazon Fresh and Whole Foods are fulfilled from each store individually

so we can deliver them ultrafast. If you've selected items from more than one store, you'll need to select a delivery or pickup window and check out separately for each cart. You'll receive separate order confirmations from each store.

**What happens if I want to change, cancel, or add items to my cart after I've placed my online order?**

You may change, cancel or add items to your Amazon Fresh order at any point up until your shopper begins picking your groceries.

**What are Repeat Items?**

Repeat Items is a new feature that helps Amazon Fresh customers save even more time as they shop for their groceries online. Customers in select Amazon Fresh locations now have the option to select the items they purchase most frequently as Repeat Items and have them automatically added to their shopping cart on a schedule that they set

2229 Foothill Blvd
La Verne, CA 91750
Store hours
7 AM - 10 PM
*Just Walk Out shopping

**Murrieta**
40485 Murrieta Hot Springs Rd
Murrieta, CA 92563
Store hours
7 AM - 10 PM
*Just Walk Out shopping

**Huntington Beach**
6911 Warner Ave
Huntington Beach, CA 92647
Store hours
7AM – 10PM
*Just Walk Out shopping

**Encino**
16325 Ventura Blvd
Encino, CA 91436
Store hours
7AM – 10PM
*Just Walk Out shopping

**Westlake Village**
140 Promenade Way
Thousand Oaks CA 91362
Store hours
7AM – 10PM

automatically added to their shopping cart on a schedule that they set. 7AM – 10PM
Customers will be notified by either email, text, or push notification when *Just Walk Out
Repeat Items are added to their cart, so they can quickly complete their shopping
order with additional items and checkout when they're ready. To get
started, visit our Repeat Items Page.

## What role does sustainability play in Amazon Fresh's strategy?

Amazon has a company-wide commitment to achieve net-zero carbon
emissions by 2040 as part of The Climate Pledge, and getting there
requires all Amazon's businesses, including Amazon Fresh, to play an
important role. Within Amazon's physical stores, we are constantly
working on ways to create a more sustainable experience for our
customers, from how we build and operate our stores, to the products we
sell in-store and online, to our grocery delivery packaging. For example,
we have innovated our grocery delivery packaging to be fully curbside
recyclable and announced our first Amazon Fresh store seeking Zero
Carbon certification with the International Living Future Institute. For
more information on Amazon Fresh's sustainability efforts, visit the Fresh
Sustainability Page.

## Can I get alcohol delivered?

Yes. If your order contains alcohol, you will be required to provide
identification at the time of delivery. ID verification will be contact free.

## Can I get a contact-free delivery?

Yes. Customers ordering delivery from Amazon Fresh can select
"unattended delivery" during checkout and your order will be left at your
doorstep. Orders containing alcohol are not eligible for unattended
delivery.

## Are tips required?

Tipping is completely optional. If you elect to leave a tip, the entire tip
goes to your courier. Information about your tip, such as the amount and
who has issued it, isn't shared.

## How long will my online order stay at its proper temperature in its packaging?

Our packaging is designed to keep your delivery at the proper
temperature during transit. Please be sure to chill any perishables upon
delivery.

### Can I get groceries delivered inside my garage?

In-garage grocery delivery from Key by Amazon is FREE for Prime members and available in select areas. It's a secure, convenient way to receive Amazon Fresh deliveries. It's also contactless because there's no interaction between you and the delivery associate nor the delivery associate and the garage door. To learn more, visit our In-Garage Grocery Delivery Page.

### Why do my grocery delivery orders sometimes have less packaging?

As part of our commitment to build a more sustainable business, we've reduced the amount of packaging used in delivery orders, as outdoor temperatures allow, while ensuring groceries are provided safely and securely.

### Are Amazon Fresh stores hiring?

Amazon Fresh stores have created thousands of good jobs in communities across the country, and we are currently hiring for a variety of roles at new and existing stores. All positions offer starting wages of at least $15 per hour, a variety of benefits packages, and opportunities for career growth. Learn more about career opportunities with Amazon Fresh stores.

### What if I can't find the answer to my question here and I still need support?

If your question still isn't answered or you're having trouble with your account or order, please contact us at our Customer Service Page.

# View weekly in-store deals ›



Back to top

## Get to Know Us

Careers

Amazon
Newsletter

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on
Amazon

Sell apps on Amazon

Supply to Amazon

Become an Affiliate

Become a Delivery
Driver

Start a package delivery
business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to
Make Money

## Amazon Payment Products

Amazon Rewards Visa
Signature Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

| English | United States |

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon
Drive
Cloud
storage
from
Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
&
collectibles

Sell on Amazon
Start a Selling Account

Amazon
Business
Everything
For
Your Business

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home
Services
Experienced
Pros
Happiness
Guarantee

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi

Stream 4K
Video
in Every
Room

Amazon                  PillPack              Amazon
Subscription            Pharmacy              Renewed
Boxes                   Simplified            Like-new
Top                                           products
subscription                                  you can
boxes – right                                 trust
to your door

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its

# EXHIBIT B

## Crafted to Be Craveworthy

Free of artificial flavors, synthetic colors, and high-fructose corn syrup.





**SALE** $2.39 EACH

**Aplenty Korean BBQ Sauce & Marinade**
14.5 oz



**SALE** $2.39 EACH

**Aplenty Japanese Teriyaki Sauce & Marinade**
14.5 oz



**SALE** $2.39 EACH

**Aplenty Original Sweet Heat BBQ Sauce**
20.5 oz

---

## HEALTH & BEAUTY



**SALE** $4.79 EACH

**Irish Spring Bar Soap**
Original clean; 8 count; 3.7 oz bars



**SALE** $11.19 EACH

**Colgate Optic White Advanced Toothpaste**
2 count; 4.5 oz tubes



**SALE** $7.79 EACH

**SheaMoisture Curl & Shine Conditioner**
Coconut & hibiscus scent; 13 fl oz



**SALE** $3.69 EACH

**Dove All Day Protection Antiperspirant Deodorant**
Fresh scent; 2.6 oz

---

## HOME & KITCHEN



**SALE** $7.69 EACH

**Viva Multi-Surface Cloth Paper Towels**
6 count



**SALE** $12.89 EACH

**Cottonelle Ultra Comfort Toilet Paper**
12 count



**SALE** $4.69 EACH

**Vanity Fair Everyday Casual Napkins**
250 count



**SALE** $7.79 EACH

**Angel Soft Toilet Paper**
8 count

---



prime
VISA

To learn more visit amazon.com/freshvisa or scan the QR code*

## Earn 5% back
## at Amazon Fresh

Start earning with the Amazon Prime Rewards Visa Signature Card and an eligible Prime membership

*Message and data rates may apply. Terms and Conditions: Accounts subject to credit approval. Restrictions and limitations apply. Amazon Prime Rewards Visa credit cards are issued by JPMorgan Chase Bank, N.A. Member FDIC. Offer subject to change. See amazon.com/freshvisa for pricing and rewards details. The Contactless Symbol and Contactless Indicator are trademarks owned by and used with the permission of EMVCo, LLC.



# EXHIBIT C

**Cardmember Service**
PO Box 15298
Wilmington, DE 19850-5298
1-800-436-7937; We accept operator relay calls
Visit us at chase.com



05/29/2022

ELINOR NELSON
23 BERGAMO
LAGUNA NIGUEL CA 92677-863623

Your account ending in 5015

Dear Elinor Nelson:

Thank you for contacting us about your Amazon Prime Rewards Visa Signature credit card account.

We researched the transaction made at AMAZONSTORES on the May 19, 2022 billing statement. We have documented feedback and have added a total of 197 points and you should see this adjustment on your next billing statement.

Merchants who accept Visa/MasterCard are assigned a code depending on the kinds of products and services they sell. We group similar merchant codes for purposes of creating categories for reward earnings. Every effort is made to include all relevant merchant codes in our reward categories.

If you have questions, please call us at 1-800-436-7937. We are here to assist you anytime.

Serving you is important to us. We appreciate your business.

Sincerely,

Card Services

# EXHIBIT D

**Cardmember Service**
PO Box 15298
Wilmington, DE 19850-5298
1-800-436-7937; We accept operator relay calls
Visit us at chase.com



07/04/2022

ELINOR NELSON
23 BERGAMO
LAGUNA NIGUEL CA 92677-863623

Your account ending in 5015

Dear Elinor Nelson:

Thank you for your recent inquiry about your Amazon Prime Rewards Visa Signature credit card account.

With this rewards program, you earn 5% Back for each $1 of eligible purchases made using your card account at Amazon.com and any Whole Foods Site.

The charges from AMAZONSTORES are made at a store and not via an Amazon website, and hence do not qualify for the additional reward points. We are unable o make any adjustments on the account.

We appreciate your business. If you have questions regarding your account, please call us at 1-800-436-7937. For more information, please visit chase.com.

Sincerely,

Card Services

# EXHIBIT E

<u>**DECLARATION OF ROBERT BARGAR**</u>

**I, ROBERT BARGAR, DECLARE:**

1. On April 28, May 24, and May 30, 2022, both I and Elinor Nelson purchased groceries at an Amazon Fresh store in Mission Viejo, California, using an Amazon Prime Rewards Visa Signature Card with an eligible Amazon Prime Membership.

2. When I bought my groceries at the Amazon Fresh store, I was in the State of California, where I also reside.

3. It is my understanding that Defendant, Amazon.com, Inc., does business throughout the State of California.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on August 08/15/2022, 2022.

By: _Robert Bargar_____

Robert Bargar

# EXHIBIT F

## <u>DECLARATION OF ELINOR NELSON</u>

**I, ELINOR NELSON, DECLARE:**

1. On April 28, May 24, and May 30, 2022, I purchased groceries at an Amazon Fresh store in Mission Viejo, California, using my Amazon Prime Rewards Visa Signature Card with an eligible Amazon Prime Membership.

2. When I bought my groceries at an Amazon Fresh store, I was in the State of California, where I also reside.

3. It is my understanding that Defendant, Amazon.com, Inc., does business throughout the State of California.

    I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on August 08/15/2022, 2022.

By: *Elinor Nelson*_____

Elinor Nelson