**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kalzg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARGAR and ELINOR NELSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. d/b/a AMAZON,<br><br>Defendant. | Case No.: **8:22-cv-01555-JVS-KES**<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS WITH DEFENDANT AMAZON.COM, INC.** |

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 40-2, plaintiff Robert Bargar and plaintiff Elinor Nelson (collectively "Plaintiffs") have settled the claims against defendant AMAZON.COM, INC. d/b/a AMAZON on an individual basis only. Thus, the action has been settled in its entirety on an individual basis only. Therefore, Plaintiffs respectfully requests that the Court vacate pending hearings and deadlines, and afford the parties through December 2, 2022 to finalize the settlements, prepare and file the necessary dismissal papers.

Dated: November 14, 2022

Respectfully Submitted,
**KAZEROUNI LAW GROUP, APC**

By: /s/ *Jason A. Ibey*
JASON A. IBEY, ESQ.
jason@kazlg.com
*Attorney for Plaintiff*