**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARGAR and ELINOR NELSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. d/b/a AMAZON,<br><br>Defendant. | Case No.: 8:22-cv-01555-JVS-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Bargar and Plaintiff Elinor Nelson, based on information exchanged between counsel that the conduct referred in the Complaint has been addressed, hereby voluntarily dismisses their individual claims with prejudice, and the claims of the putative class without prejudice, against Defendant Amazon.com, Inc. d/b/a Amazon. |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Bargar and Plaintiff Elinor Nelson, based on information exchanged between counsel that the conduct referred in the Complaint has been addressed, hereby voluntarily dismisses their individual claims with prejudice, and the claims of the putative class without prejudice, against Defendant Amazon.com, Inc. d/b/a Amazon.

Dated: January 11, 2023

Respectfully submitted,
**KAZEROUNI LAW GROUP, APC**

By: /s/ Abbas Kazerounian
Abbas Kazerounian, Esq.
*ATTORNEYS FOR PLAINTIFF*